IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONALD RAY MORGAN,            )
                              )
            Petitioner,       )
                              )        1:20CV965
        v.                    )        1:14CR194-1
                              )        1:14CR414-1
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the Government's motion to dismiss (Doc. 41 in case 1:14CR00194-1; Doc. 31 in case 1:14CR00414-1) be GRANTED and that Petitioner's motion (Doc. 33 in case 1:14CR00194-1; Doc. 23 in case 1:14CR00414-1) to vacate, set aside, or correct sentence be DISMISSED.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                              /s/   Thomas D. Schroeder
                              United States District Judge


January 12, 2022