IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) 1:14CR414-1
) 1:14CR194-1
DONALD RAY MORGAN )

**ORDER**

The United States having moved for an extension of time to file its response to Defendant's motion for compassionate release. (Doc. 78 in 1:14CR414-1 and 87 in 1:14CR194-1). For good cause,

IT IS ORDERED that the motion is GRANTED, and the Government shall have until July 16, 2026, within which to file its response to Donald Ray Morgan's motions for compassionate release (Doc. 76 in case number 1:14CR414-1 and Doc. 85 in case number 1:14CR194-1).

/s/  Thomas D. Schroeder
United States District Judge

May 22, 2026